UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WEBBER, LLC and ARCH INSURANCE COMPANY | § § § § § § § § § § § | |
| Plaintiffs | | |
| UNITED FIRE & CASUALTY COMPANY | | CIVIL ACTION NO. 3:19-cv-00610 |
| Defendant. | | |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Webber, LLC and Arch Insurance Company and Defendant United Fire & Casualty Company advise the Court that they have resolved all matters in controversy between them as raised in the instant lawsuit. The parties anticipate executing final settlement documents and filing a Rule 41 stipulation of dismissal with prejudice within 30 days from the date this notice is filed. Accordingly, the parties respectfully request that the Court stay the consideration of any pending matters and all deadlines.

        Respectfully submitted,

        /s/ Aaron L. Mitchell
        Aaron L. Mitchell
        State Bar No. 14205590
        aaronm@tbmmlaw.com
        Lori Murphy
        State Bar No. 14701744
        lorim@tbmmlaw.com
        TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP
        2811 McKinney Avenue, Suite 250 West
        Dallas, Texas 75204
        Telephone: 214-665-0100
        Facsimile: 214-665-0199

        **ATTORNEYS FOR UNITED FIRE & CASUALTY COMPANY**

/s/ Chris Deeves
Chris Deeves
State Bar No. 00790575
ChrisDeeves@HoldenLitigation.com
Steven E. Holden
State Bar No. 24071280
SteveHolden@HoldenLitigaton.com
HOLDEN LITIGATION
1717 Main Street, Suite 5800
Dallas, Texas 75201
Telephone: (214) 745-8888
Facsimile: (918) 295-8889

**ATTORNEYS FOR PLAINTIFFS WEBBER, LLC AND ARCH INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on Mach 24, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Lori Murphy
Lori Murphy