UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WEBBER, LLC and ARCH INSURANCE COMPANY | § § § § § § § § § § § | |
| Plaintiff | | |
| UNITED FIRE & CASUALTY COMPANY | | CIVIL ACTION NO. 3:19-cv-00610 |
| Defendant. | | |

## JOINT RULE 41 STIPULATION OF DISMISSAL

Webber, LLC ("Webber") and Arch Insurance Company ("Arch"), collectively, "Plaintiffs," and United Fire & Casualty Company ("UFCC") file this their Joint Rule 41 Stipulation of Dismissal with Prejudice.

This lawsuit concerns the Plaintiffs' claim for reimbursement of expenses incurred in defense and settlement of a lawsuit styled *Christopher Bailey, et al v. Statewide Trucking Corp., et al*; Cause No. DC-17-11460 in the 14th Judicial District Court of Dallas County, Texas ("Underlying Lawsuit").

The parties have reached a resolution of Plaintiffs' claims, and agree that this lawsuit should be dismissed with prejudice.

Federal Rule of Civil Procedure 41 provides that an action may be dismissed by the filing of "a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(ii); *see also Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). A court order is not necessary when the parties to the lawsuit file a stipulation of dismissal under Rule 41(a)(1)(ii). *Yesh Music*, 727 F.3d at 362.

Webber, Arch, and UFCC jointly stipulate that all of the claims asserted against UFCC herein shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

WHEREFORE the parties pray the Court take notice of this Joint Rule 41 Stipulation of Dismissal with Prejudice, dismiss all claims asserted in this lawsuit, and grant the parties any other and further relief, at law or in equity, to which they are entitled.

Respectfully submitted,

/s/ Chris Deeves
Chris Deeves
State Bar No. 00790575
ChrisDeeves@HoldenLitigation.com
Steven E. Holden
State Bar No. 24071280
SteveHolden@HoldenLitigation.com
HOLDEN LITIGATION
1717 Main Street, Suite 5800
Dallas, Texas 75201
Telephone: (214) 745-8888

**ATTORNEYS FOR PLAINTIFFS WEBBER, LLC AND ARCH INSURANCE COMPANY**

/s/ Lori Murphy
Aaron L. Mitchell
State Bar No. 14205590
aaronm@tbmmlaw.com
Lori Murphy
State Bar No. 14701744
lorim@tbmmlaw.com
TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204
Telephone: 214-665-0100
Facsimile: 214-665-0199

**ATTORNEYS FOR UNITED FIRE & CASUALTY COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2020, a true and correct copy of the foregoing document was served via the Court's CM/ECF system upon all counsel of record.

                                                 */s/ Lori Murphy*
                                                 Lori Murphy